BRADLEY J. WALLER  
KLEIN, STODDARD, BUCK, WALLER  

2045 ABERDEEN COURT  
SYCAMORE, IL 60178  
(815) 748-0380

The Honorable: BRUCE W. BLACK  
Chapter 7  
Location: Will County Court Annex, 57 N Ottawa, Joliet, IL  
Hearing Date: 11/13/2009  
Hearing Time: 09:15am  
Response Date: / /

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: HIPOLITO, DAVID                              Case No. 08-12545
                                                    Chapter 7
_____,
                Debtor

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street  
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/13/2009 in Courtroom 201, United States Courthouse, Will County Court Annex Building  
57 North Ottawa Street  
Joliet, IL 60432.  
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 09/22/2009   By:  /s/BRADLEY J. WALLER
                                                   Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178

**UST Form 101-7-NFR (9/1/2009)**

BRADLEY J. WALLER
KLEIN, STODDARD, BUCK, WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

The Honorable BRUCE W. BLACK
Chapter   7
Location:         Will County Court Annex, 57 N Ottawa, Joliet, IL
Hearing Date:                                                              11/13/2009
Hearing Time:                                                               09:15am
Response Date:                                                              / /

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: HIPOLITO, DAVID

Case No. 08-12545
Chapter   7

_____,
Debtor

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $       12,008.03 |
| *and approved disbursements of* | $            0.00 |
| *leaving a balance on hand of* [1] | $       12,008.03 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                *Proposed Payment*
                                N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 1,950.80 | $ 101.25 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | LEE G. SCHWENDNER, CPA | $ 1,032.50 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,734.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 56.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $ 6,303.19 | $ 3,574.77 |
| 2 -2 | CHASE BANK USA, NA | $ 5,240.32 | $ 2,971.98 |
| 3 -2 | CHASE BANK USA, NA | $ 3,265.12 | $ 1,851.77 |
| 4 | Capital Recovery II | $ 925.64 | $ 524.96 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant*                          *Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant*                          *Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/BRADLEY J. WALLER
Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: mmiller              Page 1 of 2              Date Rcvd: May 19, 2008
Case: 08-12545                 Form ID: b9a               Total Served: 31


The following entities were served by first class mail on May 21, 2008.
db          +David Hipolito,    314 SW Circle Dr,    Joliet, IL 60433-1516
aty         +Chau T Nguyen,    Macey & Aleman,    233 S Wacker Dr #5150,    Chicago, IL 60606-6369
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
12243250    +Cbe Group,    131 Tower Park Drive,    Suite 100,    Waterloo, IA 50701-9588
12243253    +Chase Manhattan Mtg,    Attention: Bankruptcy,    8333 Ridgepoint Dr,    Irving, TX 75063-5812
12243254    +Citibank,    Citi Corp Attention: Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12243255    +Citibank / Sears,    Po Box 20363,    Kansas City, MO 64195-0363
12243256    +Citibank Usa,    Citi Corp Credit Services, Attn.: Centra,    Po Box 20507,
              Kansas City, MO 64195-0507
12243257    +Citifinancial Auto,    1111 North Point Drive,    Coppell, TX 75019-3879
12243259    +Express/WFFNB,    Po Box 3427,    Columbus, OH 43210-0427
12243260    +First Midwest Bank/na,    300 N Hunt Club Rd,    Gurnee, IL 60031-2502
12243263    +Gemb/ge Money Loc,    Po Box 30762,    Salt Lake City, UT 84130-0762
12243265    +Ilia Gallardo,    507 Irving St,    Joliet, IL 60432-1947
12243267    +Mortgage Service Cente,    Attn: Mortgage Service Center,    Sbrp - 4001 Leadenhall Rd,
              Mt Laurel, NJ 08054-4611
12243269    +State Farm Fire and Casualty Co,    2702 Ireland Grove Rd,    Bloomington, IL 61709-0002
12243271    +Time Investment Co,    929 N River Rd,    West Bend, WI 53090-2670
12243273    +Washington Mutual Mortgage,    Washington Mutual,    7255 Bay Meadows Way,
              Jacksonville, FL 32256-6851
12243274    +Wells Fargo,    Wells Fargo Auto Finance,    Po Box 60510,    Los Angeles, CA 90060-0510
12243275    +Wfs Financial/,    Po Box 19657,    Irvine, CA 92623-9657

The following entities were served by electronic transmission on May 20, 2008.
12243247    +EDI: BANKAMER.COM May 19 2008 23:28:00     Bac / Fleet Bankcard,    Bank of America,
              Po Box 26012,    Greensboro, NC 27420-6012
12243248    +EDI: BANKAMER.COM May 19 2008 23:28:00     Bank of America,
              Bank of America Attn: Bankruptcy Dept NC,    Po Box 26012,    Greensboro, NC 27420-6012
12243249    +EDI: CAPITALONE.COM May 19 2008 23:28:00      Capital 1 Bank,    Attn: C/O TSYS Debt Management,
              Po Box 5155,    Norcross, GA 30091-5155
12243251    +EDI: CHASE.COM May 19 2008 23:28:00     Chase,    Chase CC Srvs/Attn: Bankruptcy Dept,
              Po Box 100018,    Kennesaw, GA 30156-9204
12243252    +EDI: CHASE.COM May 19 2008 23:28:00     Chase Manhattan,
              Chase Home Finance / Bankruptcy Research,    3415 Vision Dr,    Columbus, OH 43219-6009
12243254    +EDI: CITICORP.COM May 19 2008 23:28:00     Citibank,    Citi Corp Attention: Bankruptcy,
              Po Box 20507,    Kansas City, MO 64195-0507
12243255    +EDI: SEARS.COM May 19 2008 23:28:00     Citibank / Sears,    Po Box 20363,
              Kansas City, MO 64195-0363
12243256    +EDI: CITICORP.COM May 19 2008 23:28:00     Citibank Usa,
              Citi Corp Credit Services, Attn.: Centra,    Po Box 20507,    Kansas City, MO 64195-0507
12243258    +EDI: DISCOVER.COM May 19 2008 23:28:00     Discover Financial,
              Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
12243261    +EDI: CHASE.COM May 19 2008 23:28:00     First USA Bank - Chase,    Attention: Customer Service,
              Po Box 94014,    Palatine, IL 60094-4014
12243262    +EDI: RMSC.COM May 19 2008 23:28:00     GEMB / Walmart,    Ge Money Attention: Bankruptcy,
              Po Box 103106,    Roswell, GA 30076-9106
12243264    +EDI: HFC.COM May 19 2008 23:28:00     HSBC / Best Buy,    Attention: HSBC,    Po Box 15522,
              Wilmington, DE 19850-5522
12243268    +E-mail/Text: bankrup@nicor.com                            Nicor Gas,
              Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
12243270    +EDI: WTRRNBANK.COM May 19 2008 23:28:00      Target,    Po Box 9475,    Minneapolis, MN 55440-9475
12243272     EDI: FUNB.COM May 19 2008 23:28:00     Wachovia Mortgage Corp,    Wachovia Mortgage Corp,
              1100 Corpoate Center Dr,    Raleigh, NC 27607
12243274    +EDI: WFFC.COM May 19 2008 23:28:00     Wells Fargo,    Wells Fargo Auto Finance,    Po Box 60510,
              Los Angeles, CA 90060-0510
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12243266      Maria Ortiz
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1        User: mmiller         Page 2 of 2              Date Rcvd: May 19, 2008
Case: 08-12545              Form ID: b9a          Total Served: 31
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 21, 2008                      Signature:    *Joseph Speetjens*