**DIGIOVINE HNILO JORDAN + JOHNSON LTD.**
Certified Public Accountants/Business Consultants

# INVOICE

December 10, 2008

## ESTATE OF DAVID HIPOLITO
## C/O BRADLEY J. WALLER, TRUSTEE

### INVOICE FOR ESTATE TAX RETURN PREPARATION

| DATE | ACTIVITY | HOURS | RATE PER HOUR | TOTAL |
|---|---|---|---|---|
| 9/10/08 through 12/10/08 | Preparation of 1041 and IL1041 Returns, for the period ending 10/31/08 | 4.25 | 230 | 977.50 |
| 12/10/2008 | Collation of tax returns | 1.00 | 55 | 55.00 |
| | Total Charges | | | $ 1,032.50 |

SOLUTIONS FOR SUCCESS

*184 Shuman Boulevard, Suite 200, Naperville, Illinois 60563*      *2570 Foxfield Road, Suite 301, St. Charles, Illinois 60174*
tel/630-420-1360    fax/630-420-1463                                tel/630-377-1106    fax/630-377-2294
WWW.DHJJ.COM