# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: HIPOLITO, DAVID                                Case No. 08-12545
                                                      Chapter   7
_____,
                    Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

　　　　BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $9,750.00                    Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,923.48      Claims Discharged
                                                Without Payment:  $6,810.79

Total Expenses of Administration:  $3,084.55

---

　　　　3) Total gross receipts of $   12,008.03   (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $    0.00   (see **Exhibit 2**), yielded net receipts of $12,008.03
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,084.55 | 3,084.55 | 3,084.55 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 24,239.71 | 15,734.27 | 8,923.48 |
| **TOTAL DISBURSEMENTS** | $0.00 | $27,324.26 | $18,818.82 | $12,008.03 |

    4) This case was originally filed under Chapter 7 on May 16, 2008. The case was pending for 35 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2011          By: /s/BRADLEY J. WALLER
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL ESTATE -507 IRVING ST-1/2 INTEREST | 1110-000 | 12,000.00 |
| Interest Income | 1270-000 | 8.03 |
| **TOTAL GROSS RECEIPTS** | | **$12,008.03** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,950.80 | 1,950.80 | 1,950.80 |
| BRADLEY J. WALLER | 2200-000 | N/A | 101.25 | 101.25 | 101.25 |
| LEE G. SCHWENDNER, CPA | 3410-000 | N/A | 1,032.50 | 1,032.50 | 1,032.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,084.55 | 3,084.55 | 3,084.55 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 7100-000 | N/A | 6,303.19 | 6,303.19 | 3,574.77 |
| 2 | CHASE BANK USA, NA | 7100-000 | N/A | 5,240.32 | 0.00 | 0.00 |
| 2 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 5,240.32 | 5,240.32 | 2,971.98 |
| 3 | CHASE BANK USA, NA | 7100-000 | N/A | 3,265.12 | 0.00 | 0.00 |
| 3 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 3,265.12 | 3,265.12 | 1,851.77 |
| 4 | Capital Recovery II | 7100-000 | N/A | 925.64 | 925.64 | 524.96 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 24,239.71 | 15,734.27 | 8,923.48 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-12545  **Trustee:** (330500) BRADLEY J. WALLER
**Case Name:** HIPOLITO, DAVID  **Filed (f) or Converted (c):** 05/16/08 (f)
**§341(a) Meeting Date:** 06/09/08
**Period Ending:** 04/05/11  **Claims Bar Date:** 11/26/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE -507 IRVING ST-1/2 INTEREST | 56,775.50 | 12,000.00 |  | 12,000.00 | FA |
| 2 | CHECKING ACCOUNT WITH JP MORGAN | 400.00 | 0.00 | DA | 0.00 | FA |
| 3 | MISCELLANEOUS USED HOUSEHOLD GOODS | 800.00 | 0.00 | DA | 0.00 | FA |
| 4 | MISCELLANEOUS BOOKS, TAPES, CD'S, ETC. | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | PERSONAL USED CLOTHING | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | MISCELLANEOUS COSTUME JEWELRY | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | 401K THROUGH EMPLOYER | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2007 TAX REFUND: $3375 | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2006 SUZUKI RENO, 6K MILES | 6,800.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1999 CHEVROLET MALIBU, 96K MILES | 1,100.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 8.03 | FA |
| **11** | **Assets**  Totals (Excluding unknown values) | **$66,525.50** | **$12,000.00** |  | **$12,008.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2009     **Current Projected Date Of Final Report (TFR):**     October 2, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-12545 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | HIPOLITO, DAVID | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****05-65 - Money Market Account |
| Taxpayer ID #: | **-***0692 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/05/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/13/08 | {1} | David Hipolito- First Midwest Bank | Compromised estate's interest in debtor's residence per court order of 10/17/2008 | 1110-000 | 12,000.00 | | 12,000.00 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.68 | | 12,000.68 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.30 | | 12,001.98 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.94 | | 12,002.92 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.85 | | 12,003.77 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 12,004.25 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 12,004.70 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 12,005.22 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 12,005.70 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 12,006.17 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 12,006.69 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 12,007.19 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 12,007.69 |
| 09/22/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.34 | | 12,008.03 |
| 09/22/09 | | To Account #********0566 | | 9999-000 | | 12,008.03 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,008.03 | 12,008.03 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 12,008.03 | |
| | | | Subtotal | | 12,008.03 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $12,008.03 | $0.00 | |

{} Asset reference(s)      Printed: 04/05/2011 10:31 AM    V.12.56

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-12545  
**Case Name:** HIPOLITO, DAVID  

**Taxpayer ID #:** **-***0692  
**Period Ending:** 04/05/11  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****05-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/22/09 | | From Account #********0565 | | 9999-000 | 12,008.03 | | 12,008.03 |
| 11/13/09 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,950.80, Trustee Compensation;  Reference: | 2100-000 | | 1,950.80 | 10,057.23 |
| 11/13/09 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $101.25, Trustee Expenses;  Reference: | 2200-000 | | 101.25 | 9,955.98 |
| 11/13/09 | 103 | LEE G. SCHWENDNER, CPA | Dividend paid 100.00% on $1,032.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,032.50 | 8,923.48 |
| 11/13/09 | 104 | Discover Bank/DFS Services LLC | Dividend paid 56.71% on $6,303.19; Claim# 1; Filed: $6,303.19; Reference: | 7100-000 | | 3,574.77 | 5,348.71 |
| 11/13/09 | 105 | CHASE BANK USA, NA | Dividend paid 56.71% on $5,240.32; Claim# 2 -2; Filed: $5,240.32; Reference: | 7100-000 | | 2,971.98 | 2,376.73 |
| 11/13/09 | 106 | CHASE BANK USA, NA | Dividend paid 56.71% on $3,265.12; Claim# 3 -2; Filed: $3,265.12; Reference: | 7100-000 | | 1,851.77 | 524.96 |
| 11/13/09 | 107 | Capital Recovery II | Dividend paid 56.71% on $925.64; Claim# 4; Filed: $925.64; Reference: | 7100-000 | | 524.96 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,008.03 | 12,008.03 | $0.00 |
| | | | Less: Bank Transfers | | 12,008.03 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 12,008.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $12,008.03 | |

{} Asset reference(s)

Printed: 04/05/2011 10:31 AM    V.12.56

Case 08-12545    Doc 37    Filed 04/05/11    Entered 04/05/11 10:57:50    Desc Main
Document    Page 8 of 8

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-12545 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | HIPOLITO, DAVID | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******05-66 - Checking Account |
| Taxpayer ID #: | **-***0692 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 04/05/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****05-65** | 12,008.03 | 0.00 | 0.00 |
| **Checking # ***-*****05-66** | 0.00 | 12,008.03 | 0.00 |
| **Checking # 9200-******05-66** | 0.00 | 0.00 | 0.00 |
| | **$12,008.03** | **$12,008.03** | **$0.00** |

{} Asset reference(s)  
Printed: 04/05/2011 10:31 AM    V.12.56